PER CURIAM.
Affirmed. See Johnson v. State, 60 So. 3d 1045 (Fla. 2011) ; McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Doby v. State, 25 So. 3d 598 (Fla. 2d DCA 2009) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007) ; Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Campbell v. State, 884 So. 2d 190 (Fla. 2d DCA 2004) ; Jackson v. State, 640 So. 2d 1173 (Fla. 2d DCA 1994) ; Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).
KHOUZAM, MORRIS, and LUCAS, JJ., Concur.